```
                  IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

|  |  |
|---|---|
| CHRISTOPHER SWEET, | CIVIL ACTION |
| Petitioner, |  |
| v. | NO. 07-5349 |
| FRANKLIN J. TENNIS, et al., |  |
| Respondents. |  |

## ORDER

AND NOW, this 18th day of September, 2008, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, the Responses, and the Replies, and after review of the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport dated August 18, 2008, IT IS HEREBY ORDERED that:

      1. the Report and Recommendation is APPROVED and ADOPTED;

      2. Objections are overruled;

      3. the Petition for Writ of Habeas Corpus is DENIED with prejudice and DISMISSED without an evidentiary hearing; and

      4. there is no probable cause to issue a certificate of appealability.

                                        BY THE COURT:

                                        /s/ Edmund V. Ludwig
                                        Edmund Ludwig, J.